No. 91–6054. BUSTAMANTE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6067. WILLIAMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6068. DUDLEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6072. SAMUELS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6073. WRIGHT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.